# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

CAESARS ENTERTAINMENT OPERATING COMPANY, INC., *et al.*,

      Plaintiffs,

vs.

EMARKER, LLC,

      Defendant.

2:15-cv-02214-JAD-VCF

**MINUTE ORDER**

    The Court has been notified that the parties have reached a settlement (ECF No. 49).

    Accordingly,

    IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before September 16, 2016.

    IT IS FURTHER ORDERED that a status hearing is scheduled for 10:00 a.m., September 19, 2016, in courtroom 3D.  If the proposed stipulation and order for dismissal is filed, the status hearing will be vacated.

    IT IS FURTHER ORDERED that the Motion to Stay (ECF No. 48) is temporarily granted subject to further court order.

    DATED this 3rd day of August, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE