**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
NV Bar No. 7332
Email: mfeder@dickinson-wright.com
8363 W. Sunset Road, Suite 200
Las Vegas, NV  89113-2210
Telephone:     (702) 550-4400
Facsimile:      (702) 382-1661

**FENWICK & WEST LLP**
JEDEDIAH WAKEFIELD (*Pro Hac Vice*)
(CA Bar No. 178058)
Email: jwakefield@fenwick.com
TODD R. GREGORIAN (*Pro Hac Vice*)
(CA Bar No. 236096)
Email: tgregorian@fenwick.com
ANNASARA G. PURCELL (*Pro Hac Vice*)
(CA Bar No. No. 295512)
Email: apurcell@fenwick.com
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415)875-2300
Facsimile:     (415)281-1350

Attorneys for Plaintiffs and Counter Defendants
CAESARS ENTERTAINMENT OPERATING COMPANY, INC.,
CAESARS ENTERTAINMENT CORP. and
CAESARS ENTERPRISE SERVICES, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., CAESARS ENTERTAINMENT CORP., and CAESARS ENTERPRISE SERVICES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EMARKER, LLC, <br><br> Defendant. | Case No. 2:15-cv-02214-JAD-VCF <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE AND                    ORDER** <br><br> ECF No. 52 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Counterclaim Defendants Caesars Entertainment Operating Company, Inc., Caesars Entertainment Corp., and Caesars Enterprise Services, LLC, and Defendant and Counterclaimant eMarker, LLC hereby stipulate to the dismissal of this action, including all claims and counterclaims, with prejudice, with the parties to bear their own fees and costs.

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| By: */s/ Jedediah Wakefield* <br> JEDEDIAH WAKEFIELD <br> TODD GREGORIAN <br> ANNASARA G. PURCELL <br> **FENWICK & WEST LLP** <br> 555 California Street, 12th Floor <br> San Francisco, CA 94104 <br> Tel: (415) 875-2300 | By: */s/ Timothy L. Warnock* <br> TIMOTHY L. WARNOCK <br> JOHN R. JACOBSON <br> **RILEY, WARNOCK AND JACOBSON** <br> 1906 West End Avenue <br> Nashville, TN 37203 <br> Tel: (615) 320-3700 |
| Attorneys for Caesars Entertainment Operating Company, Inc., Caesars Entertainment Corp., and Caesars Enterprise Services, LLC | Attorneys for eMarker, LLC |
| Dated: August 31, 2016 | Dated: August 31, 2016 |

**ORDER**

This action, including all claims and counterclaims, is hereby dismissed with prejudice. The parties shall bear their own fees and costs. The Clerk of Court shall CLOSE THIS CASE.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated this 1st day of September, 2016